[No. 67734-9-I.  Division One.  July 29, 2013.]

*In the Matter of the Meretricious Relationship of* SUSAN M. CALDWELL, *Appellant*, and JOHN C. HANSELMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 10-2-00448-8, Vickie I. Churchill, J., entered August 15, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 67910-4-I.  Division One.  July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON KELLY BELL, *Appellant*.

The unpublished opinion in the above captioned case was withdrawn by order of the Court of Appeals dated October 14, 2014. A substitute opinion was filed. See 177 Wn. App. 1009.

[No. 67946-5-I.  Division One.  July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL NOEL BENJAMIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01713-0, David A. Kurtz, J., entered November 2, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Spearman, J.

[No. 68063-3-I.  Division One.  July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE A. CAMARATA, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-1-00037-0, Michael E. Cooper, J., entered November 16, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Becker, J.